```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division                              JS-6
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  P. GREG PARHAM
    California Bar No. 140310
 6  Special Assistant United States Attorney
    Asset Forfeiture Section
 7      Federal Courthouse, 14th Floor
        312 North Spring Street
 8      Los Angeles, California 90012
        Telephone:  (213) 894-0304
 9      Facsimile:    (213) 894-7177
        E-mail: Greg.Parham@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>$11,800.00 IN U.S. CURRENCY<br>AND 51 ASSORTED MONEY<br>ORDERS VALUED AT<br>$28,400.00,<br><br>　　　　　　Defendants.<br>_____<br><br>MARTIN ERROL SMITH,<br><br>　　　　　　Claimant.<br>_____ | NO.  CV 08-2154 GAF(FFMx)<br><br>[~~PROPOSED~~]<br><br>**CONSENT JUDGMENT OF<br>FORFEITURE** |

　　　This action was filed on April 1, 2008.  Notice was given and published in accordance with law.  Potential claimant Martin Errol Smith ("Smith") is the only known potential claimant to the

defendant currency and money orders. No statements of interest have been filed and the time for filing such statements has expired. The time for filing an answer to this matter will expire on June 2, 2008. Plaintiff and Smith (from whom the defendant currency and money orders were seized) have reached an agreement that is dispositive of the action, and hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.
2. Notice of this action has been given in accordance with law. All potential claimants to the defendants $11,800.00 in U.S. currency and 51 money orders valued at $28,400.00 (collectively referred to as "defendant funds") other than Smith are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.
3. The United States of America shall have judgment as to the 51 money orders valued at $28,400.00 and $1,800.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant funds, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.
4. $10,000.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to claimant Martin Errol Smith, and be returned

|   |   |   |
|---|---|---|
| 1 |  | in care of his attorney, Joaquin Perez.  Said funds shall |
| 2 |  | be forwarded by a check made payable in the amount of |
| 3 |  | $10,000.00 to "Martin Errol Smith" and shall be mailed to |
| 4 |  | Joaquin Perez, Esq., 6780 Coral Way, Miami, FL 33155- |
| 5 |  | 1702. |
| 6 | 5. | Smith hereby releases the United States of America, its |
| 7 |  | agencies, agents, and officers, including employees and |
| 8 |  | agents of the Drug Enforcement Administration, from any |
| 9 |  | and all claims, actions or liabilities arising out of or |
| 10 |  | related to this action, including, without limitation, |
| 11 |  | any claim for attorney's fees, costs or interest which |
| 12 |  | may be asserted on behalf of the Smith, whether pursuant |
| 13 |  | to 28 U.S.C. § 2465 or otherwise. |
| 14 | 6. | The court finds that there was reasonable cause for the |
| 15 |  | seizure of the defendant funds and institution of these |
| 16 |  | proceedings.  This judgment shall be construed as a |
| 17 |  | certificate of reasonable cause pursuant to 28 U.S.C. § |
| 18 |  | 2465. |

Dated: May 27, 2008

_____
THE HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

| | |
|---|---|
| 1 | **Approved as to form and content:** |
| 2 | Dated: May ____, 2008          THOMAS P. O'BRIEN |
|   |                                United States Attorney |
| 3 |                                CHRISTINE C. EWELL |
|   |                                Assistant United States Attorney |
| 4 |                                Chief, Criminal Division |
|   |                                STEVEN R. WELK |
| 5 |                                Assistant United States Attorney |
|   |                                Chief, Asset Forfeiture Section |
| 6 | |
|   |                                ___/s/_____ |
| 7 |                                P. GREG PARHAM |
|   |                                Special Assistant United States Attorney |
| 8 |                                Asset Forfeiture Section |
| 9 |                                Attorneys for Plaintiff |
|   |                                United States of America |
| 10 | |
| 11 | Dated: May ____, 2008 |
| 12 |                                ___/s/_____ |
|    |                                JOAQUIN PEREZ |
| 13 |                                Attorney for Claimant |
|    |                                MARTIN ERROL SMITH |
| 14 | |
| 15 |                                ___/s/_____ |
|    |                                MARTIN ERROL SMITH |
| 16 |                                Claimant |

4